IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT MAURICE HOGAN, | ) |
| Plaintiff, | ) |
| v. | ) CV 03-C-273-E |
| JOE JACKS, Sheriff, et.al., | ) |
| Defendants. | ) |

FILED MAR 29 AM 10:44
U.S. D...
N.D. OF AL...

ENTERED
MAR 29 2004

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 1, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) and/or (2). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). An appropriate order will be entered.

DATED this 27th day of March, 2004.

Chief United States District Judge
U. W. Clemon

